UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES C. REED,<br><br>Petitioner,<br><br>v.<br><br>DANIEL CUEVA,<br><br>Respondent. | No. 2:21-cv-01402 WBS DB P<br><br><br><br>ORDER |

Petitioner, a state prisoner, seeks habeas corpus relief pursuant to 28 U.S.C. § 2254. On March 9, 2022, defendants filed a motion to dismiss. Plaintiff has not opposed the motion.

Local Rule 230(l) provides, in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion...." Id. By order dated January 11, 2022, plaintiff was advised of the requirements for filing an opposition to a motion to dismiss as follows: "If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion[;] respondent's reply, if any, shall be filed and served within fourteen days thereafter." (ECF No. 9.)

Failure to comply with this court's Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." Local Rule 110.

Good cause appearing, IT IS ORDERED that, within 30 days from the date of this order, plaintiff shall file an opposition, if any, to the motion to dismiss. Failure to file an opposition will be deemed as consent to have the action dismissed for failure to prosecute and failure to comply with a court order.

Dated: April 22, 2022

DLB7
reed1402.nooppo

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE